FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 24, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                Plaintiff,

v.

MANUEL AYALA-PINEDA,

                Defendant.

Case No. 2:24-CR-00180-RLP

Order Granting Government's Motion for a Protective Order

IT IS HEREBY ORDERED that:

1. The Government's Motion for a Protective Order, **ECF No. 41**, and the Government's Motion to Expedite Hearing, **ECF No. 42**, are **GRANTED**.

2. Subject to the below, the Government will provide discovery materials to defense counsel;

3. Audio recordings of undercover purchases of fraudulent documents from the Defendant are subject to this Protective Order;

4. Until further Order of the Court, defense counsel may play for, and discuss with the Defendant, recordings subject to this Protective Order; such discovery materials may not however be left in the Defendant's custody;

5. Defense counsel shall not otherwise provide original or copies of the discovery materials subject to this Protective Order to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense

Order Granting Government's Motion for a Protective Order - 1

counsel or investigator and/or expert engaged by defense counsel, who will also be bound by the terms and conditions of the Protective Order;

6. The Government, defense counsel, and witnesses may reference the existence and content of sealed / sensitive discovery material in open and closed court proceedings relevant to Case No. 2:24-CR-00180-RLP; provided however, any written reference to the content of the protected discovery shall be filed under seal.

IT IS SO ORDERED. The Clerk shall enter this Order and furnish copies to counsel.

IT IS SO ORDERED this 24th day of January 2025.



Rebecca L. Pennell
United States District Judge

Order Granting Government's Motion for a Protective Order - 2